# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DAWN SIMPSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.  08-1220-MLB-DWB |
| ) | |
| **HOSPIRA, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## AGREED ORDER TO RELEASE KHRC DOCUMENTS

Upon joint motion (Doc. 5) and agreement of the parties in the above-captioned matter, the Court hereby orders the Kansas Human Rights Commission ("KHRC") to release all records in its possession concerning Dawn Simpson's charge referenced as KHRC No. 30422-07W, including but not be limited to: correspondence, notes, tape recordings, reports, investigative materials, and any and all other documents related hereto.  It is understood that the KHRC may withhold materials deemed by the KHRC to be conciliatory or deliberative in nature, or which are the privileged work product of KHRC's legal staff.

IT IS SO ORDERED.

This 28th day of August, 2008

   s/ DONALD W. BOSTWICK
Honorable Donald W. Bostwick
United States Magistrate Judge