## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

*JUDGMENT IN A CIVIL CASE*

DAWN SIMPSON
                    Plaintiff,

    v                        Case Number - 08-1220-MLB

HOSPIRA, INC.
                    Defendant.

Pursuant to the Memorandum Decision filed on December 2, 2009, judgment is entered in favor of Hospira.

Date: December 2, 2009

                                      TIMOTHY M. O'BRIEN
                                      Clerk of the Court

                                      s/ Robert Moody
                                      Robert Moody, Deputy Clerk